## MACK JAMES v. STATE.

No. A-7312.   Opinion Filed Feb. 16, 1931.
(296 Pac. 526.)

Claud Briggs, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.   It appearing to the court from the records in the pardon and parole office that a parole was

granted the plaintiff in error on January 10, 1931, it is therefore ordered and adjudged that the appeal of plaintiff in error be dismissed.